Case: 1:16-cv-10880 Document #: 1 Filed: 11/28/16 Page 1 of 6 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



RECEIVED
NOV 28 2016
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

CHILDS, RODNEY, E.
DuPage County, Illinois.

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:16-cv-10880
Judge Gary Feinerman
Magistrate Judge Sidney I. Schenkier

vs.

Case No._____
(To be supplied by the Clerk of this Court)

CAREER EDUCATION Corporation
Colorado Technical University
231 N. Martingale Rd.
Schaumburg, IL. 60173
c/o Nicole Peracke, Esq.
Sr. Counsel, - Employment.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓ **OTHER** (cite statute, if known) Title VII of the Civil Rights Act 1964

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: CHILDS, RODNEY, E.

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: 1449 Big Horn Trail, Carol Stream, IL - DuPage Co.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: CAREER EDUCATION CORPORATION

Title: _____

Place of Employment: Schaumburg, Illinois

B. Defendant: COLORADO TECHNICAL UNIVERSITY

Title: _____

Place of Employment: Schaumburg, Illinois.

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: CLJA: 151280559

B. Approximate date of filing lawsuit: 1/1/16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: CHILDS, ROONEY, E.

D. List all defendants: CAREER EDUCATION CORPORATION, COLORADO TECHNICAL UNIVERSITY

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): COOK COUNTY N/A

F. Name of judge to whom case was assigned:

G. Basic claim made: WRONGFUL TERMINATION, RACE & AGE BIAS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CAREER EDUCATION CORPORATION IS UNWILLING TO SETTLE

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On, 5/19/15 I was terminated from my position as a Cr. Advisor for Colorado Tech. University, by Directors, Osbina Salazar & Nana Santarelli, for a "Compliance Violation."

Upon filing with the Illinois Dept. of Unemployment Security, Career Education Corp., which owns Colorado Tech, states that I was laid off, which never happens. Upon interviewing with the States unemployment officers, twice, they were made aware of the business tactics used to generate revenue and the pressure staff has to work with. When they asked what Career Education Corp. and Colorado Tech University lost from my actions, the answer regarding the student/graduate was a gain of approx. $150,000 in revenue. The first warning happened approx. 1½ earlier, with a prospective student who was in default, she was given factual parameters that are true not incorrect, as verified by management and the Dept of Education.

4        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:16-cv-10880 Document #: 1 Filed: 11/28/16 Page 5 of 6 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Career Education Corp. & Colorado Technical University made approx $35 million in revenue from my efforts alone, by following all ethical guidelines correctly. I was made aware by additional legal counsel, that Illinois lease/status allow businesses to terminate you for no reason, and for revenue earned, which was never conveyed to the Dept of Unemployment, as a reason for termination.

The two interviews with the Dept of Unemployment consisted of the same questions regarding an explanation of my compliance violation. I mentioned to the dept to request the recordings of my conversations with the students in question, which they denied having. Having supporting documents from the EEOC supporting the "Right to Cure", have also been interviewed by the F.T.C.

Have 2 degrees from Colorado Technical University and my son is a pending graduate.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking Compensitory Damages for the Time and Revenue given to Career Education Corp. & Colorado Technical University.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11TH day of NOV., 2016

*(signature)*
(Signature of plaintiff or plaintiffs)

RODNEY E. CHILDS
(Print name)

CLID: 151280559
(I.D. Number)

1449 Big Horn Trail
Carol Stream, Illinois 60188
DuPage County
(Address)